AMY L. WRIGHT, as Administratrix of the Estate of PETER J. WRIGHT, Deceased, Appellant, *v.* UNION RAILWAY COMPANY OF NEW YORK, Respondent.

(Argued December 4, 1928; decided December 31, 1928.)

*Benjamin C. Loder* for appellant.

*Alfred T. Davison* and *Addison B. Scoville* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.